IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA CARLTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:16-CV-00902-SYM-SCW |
| ) | |
| ADVANCEPIERRE FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT</u>**

COME NOW Stephen R. Wigginton and Falon M. Wrigley of the law firm Armstrong Teasdale LLP, and respectfully request this Court grant their permission for withdrawal as counsel for Defendant AdvancePierre Foods, Inc.

Defendants will continue to be represented by T. Christopher Bailey, Edward S. Bott, Jr. and Lauren B. Harris of Greensfelder, Hemker & Gale, P.C. and Keith P. Spiller and Megan S. Glowacki, of Thompson Hine LLP.

Respectfully submitted,

By: /s/ Falon M. Wrigley
Stephen R. Wigginton      #6200459
Falon M. Wrigley          #6304333
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel: 314.621.5070
Facsimile: 314.621.5065
swigginton@armstrongteasdale.com
fwrigley@armstrongteasdale.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 2, 2017, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF electronic filing system, which will send notice of the same to all counsel of record.

               */s/ Falon M. Wrigley*